UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                           Criminal No. 05-cr-95-01-PB

**Cushaw Baracek Barnett**

**ORDER OF RECUSAL**

I recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

March 13, 2012

cc: Cushaw Barnett, Pro Se
     United States Attorney
     United States Probation
     United States Marshal